UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-151(01)RM |
| | ) | |
| DAVID MARQUEZ | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 8, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 24], ACCEPTS defendant David Marquez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED:   April 29, 2011

　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　 Judge
　　　　　　　　　　　　　　　　　　 United States District Court